UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA HINOJOSA | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. No. 7:13-cv-00656 |
| | § | |
| | § | |
| COMPANION PROPERTY AND CASUALTY GROUP AND WELLINGTON CLAIM SERVICE INC. | § § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

COMES NOW Plaintiff LETICIA HINOJOSA and files this Disclosure of Interested Parties, and would respectfully show the Court as follows:

1. Plaintiff, Leticia Hinojosa;
2. Defendant, Companion Property and Casualty Group; and
3. Defendant, Wellington Claim Service Inc.

        Respectfully submitted,

        DOYLE RAIZNER LLP

        _____
        JEFFREY L. RAIZNER
        State Bar No. 00784806
        MICHAEL PATRICK DOYLE
        State Bar No. 06095650
        KIM GOODLING
        State Bar No. 24036659

OF COUNSEL:

Doyle Raizner LLP
Lyondell Basell Tower
1221 McKinney, Suite 4100
Houston, Texas 77010
Phone: 713.571.1146
Fax:  713.571.1148

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 31st day of December, 2013 via CM/ECF, pursuant to the Federal Rules of Civil Procedure:

        _____
        JEFFREY L. RAIZNER